IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



IN THE MATTER OF THE SEARCH OF
PECO FOODS
15252 MS-21
WALNUT GROVE, MS 39359

Case No. 3:19mj209LRA

## GOVERNMENT'S MOTION TO UNSEAL

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the application, affidavit, search warrant at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the application, affidavit, search warrant and any attachments in the above styled matter.

RESPECTFULLY SUBMITTED, this the 8th day of August, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
ERIN O. CHALK
Assistant U.S. Attorney